# IN THE UNITED STATES COURT FOR THE
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

Case No. 2:15-cv-4099-CWH

Jay Connor,

      Plaintiff,

          Vs.

Hunter Warfield, Inc.
      Defendant.

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

The parties having settled this matter, Plaintiff Jay Connor ("Plaintiff") and Defendant Hunter Warfield, Inc. stipulate and agree that the above-captioned action is dismissed with prejudice against Defendant Hunter Warfield, Inc. with each party to bear his or its own costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court dismisses this action with prejudice.

DATED: April 22, 2016

SIGNATURES CONTINUED ON NEXT PAGE

By: s/Chad Echols  
Chad Echols  
The Echols Firm, LLC  
115 Oakland Ave., Suite 102 (29730)  
P.O. Box 12645  
Rock Hill, SC 29731  
Chad.echols@theecholsfirm.com  
Phone: (803) 329.8970  

By: s/Jay C. Connor  
Jay C. Connor  
Plaintiff *Pro Se*  
P.O. Box 20302  
Charleston, SC 29413  
Email: jayc650@gmail.com  

Phone: (843) 557-5724  

*Attorney for Defendant Hunter Warfield, Inc.*

**AND IT IS SO ORDERED.**

_____  
**C. WESTON HOUCK**  
**UNITED STATES DISTRICT JUDGE**

April 26, 2016  
Charleston, South Carolina

